UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60957-CIV-ROSENBAUM/HUNT

ELIZABETH JENKINS,

    Plaintiff,

v.

GRANT THORNTON LLP, *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

    This matter is before the Court on the Motion of Elizabeth Wilson Vaughan, Esq., seeking to appear *pro hac vice* as co-counsel for Defendants [D.E. 41]. The Court notes that Ms. Vaughan has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Ms. Vaughan has also certified that she has studied the Local Rules of this Court.

    Having considered the Motion and the accompanying Certification of Ms. Vaughan, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*. [D.E. 41]. The Clerk shall provide Notices of Electronic Filing in this case to Ms. Vaughan at beth.vaughan@alston.com.

    The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial. Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be prepared to represent Defendants adequately at any time, including at trial.

    **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 14th day of August 2013.

                                                              ROBIN S. ROSENBAUM
                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record