UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-CV-60957-ROSENBERG/BRANNON

ELIZABETH JENKINS,

    Plaintiff,

v.

GRANT THORNTON LLP, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

This matter is before the Court upon the *pro se* Plaintiff's Motion to Strike Amended Affirmative Defenses/Answer to Complaint [DE 128], which was previously referred to the Honorable Dave Lee Brannon for a Report and Recommendation. *See* DE 135. On October 24, 2014, Judge Brannon issued his Report and Recommendations, recommending that the Plaintiff's Motion to Strike be denied. *See* DE 166. The Court has conducted a *de novo* review of Magistrate Judge Brannon's Report and Recommendations, has reviewed the Plaintiff's objections [DE 175], has reviewed the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Brannon's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Brannon's Report and Recommendations and concludes that the Plaintiff's Motion to Strike should be denied for the reasons set forth therein.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Brannon's Report and Recommendations on the Plaintiff's Motion to Strike [DE 166] are hereby **ADOPTED**; and

2. The Plaintiff's Motion to Strike Amended Affirmative Defenses/Answer to Complaint [DE 128] is **DENIED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 18th day of November, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record